UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I.G.S,

    Petitioner,

       v.                                             CA No. 25-cv-339-MRD-PAS

WARDEN MICHAEL NESSINGER, et al.

    Respondent.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Order entered on September 12, 2025, and in accordance with Fed. R. Civ. P. 58, judgment hereby enters granting the petition for Habeas Corpus.

It is so ordered.

September 16, 2025                                                     By the Court:

                                                                                      /s/ Melissa R. DuBose
                                                                                       U.S. District Judge